Argued December 9, affirmed December 31, 1969

FULLMER, *Respondent, v.* CITY LUMBER
COMPANY ET AL, *Appellants.*

463 P. 2d 360

*Mervin W. Brink,* Hillsboro, argued the cause for appellants. With him on the brief were Brink & Moore, Hillsboro.

*James McCaffery,* Tigard, argued the cause and filed a brief for respondent.

Before PERRY, Chief Justice, and McALLISTER, SLOAN, O'CONNELL, GOODWIN,* DENECKE and HOLMAN, Justices.

---

* Goodwin, J., resigned December 19, 1969.

PER CURIAM.

Plaintiff, a lumber broker, brought this action to recover commissions for the sale of lumber he alleged were owed to him by defendant. The case was tried to the court without a jury. The trial court made findings in favor of plaintiff and entered judgment accordingly. Defendant appeals.

The defense was that plaintiff had been working as a partner with another broker named Larson and that the partnership had been overpaid. The trial court found that there had not been a partnership. There is evidence to support the trial court's findings and those findings, of course, have the validity of a jury verdict. *Anaheim Co. v. Holcombe,* 1967, 246 Or 541, 548, 426 P2d 743, 746.

Affirmed.